# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2017

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152916(74)(75)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                    SC: 152916
                                                     COA: 321200
                                                     Genesee CC: 13-032919-FH
TMANDO ALLEN DENSON,
        Defendant-Appellant.
_____/

On order of the Chief Justice, the motions of defendant-appellant for immediate consideration and to extend the time for filing his supplemental brief to February 23, 2017, are GRANTED. The time for filing the supplemental brief of plaintiff-appellee is also extended to February 23, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2017

                                         Clerk